UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GREGORY STEPHEN PORRAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-1135-O-BP |
| | § | |
| **COMMISSIONER OF** | § | |
| **SOCIAL SECURITY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On January 23, 2024, the United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* FCR, ECF No. 22. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the Commissioner of Social Security's decision regarding Gregory Stephen Porras's entitlement to Title II Disability Insurance Benefits is **REVERSED**, and the above-captioned case shall be **REMANDED** to the Social Security Administration for further administrative proceedings. Separate final judgment shall issue.

**SO ORDERED** on this **9th day** of **February, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**