IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GREGORY STEPHEN PORRAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-1135-O-BP |
| | § | |
| **COMMISSIONER OF** | § | |
| **SOCIAL SECURITY,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Gregory Stephen Porras, and mail to his attorney, Howard D. Olinsky, Olinsky Law Group, 250 S Clinton St. Ste. 210, Syracuse NY 13202, attorney fees under the Equal Access to Justice Act, in the total amount of $6,684.51 for 1.8 hours of service in 2022 at a rate of $234.14 per hour, 23 hours of service in 2023 at a rate of $246.22 per hour, and 6 hours of paralegal services at a rate of $100.00 per hour, if the Department of the Treasury determines that Plaintiff owes no debt that is subject to offset.

**SO ORDERED** this **7th** day of **August,** 2024.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**